# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HERMAN FULWILEY and LEO WILLIAMS, | |
| Plaintiffs, | No. 12 C 7500 |
| | Judge James B. Zagel |
| v. | |
| HADADY CORPORATION, | |
| Defendant. | |

## MEMORANDUM OPINION AND ORDER

      This is a dispute over claims of age discrimination in employment. The events which are the subject of the lawsuit are almost, if not entirely, events which occurred in Dyer, Indiana where Plaintiffs worked with or for Defendant. Plaintiffs sue in the Northern District of Illinois because they live in the District, but so few of the relevant events, if any, occurred in Illinois that the case ought to be tried in Indiana. The historical events occurred in Indiana which is where they were witnessed. The physical scene of the workplace in Indiana itself may be significant. I note that not only is the place of work far closer to Hammond than it is to Chicago, both Plaintiffs live significantly closer to the Hammond courthouse than to the Chicago courthouse. It is a pointless waste of time and money of both Plaintiffs and Defendant to center the case in Chicago which is, along with Northern Indiana, a permissible venue for this case. Here, the plaintiffs' choice of venue is outweighed by this waste of time and cost of bringing the case here. I find that the plaintiffs' forum choice, while entitled to some deference, should be given little preference when the acts that gave rise to the suit did not occur in this District.

The motion to transfer this case to the Northern District of Indiana is granted.

ENTER:

James B. Zagel
United States District Judge

DATE: December 27, 2012